**MINUTE ENTRY**
**ROBERT G. JAMES**
**U.S. DISTRICT JUDGE**
November 13, 2009

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| **MARTIN WILLIAMS** | **CIVIL ACTION NO. 65-11329** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **MADISON PARISH SCHOOL BOARD, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

\* \* \* \* \* \* \* \* \*

Having reviewed the annual report filed by the Madison Parish School Board ("the School Board"), the Court would like to discuss the possibility of the School Board's moving toward unitary status and the termination of the litigation in this case. Therefore, a status conference is hereby set in the above-referenced matter for December 14, 2009, at 3:00 P.M. before the undersigned at the United States District Courthouse, 201 Jackson Street, Monroe, Louisiana. In addition to counsel, the Court requests the attendance of the Superintendent and the President of the School Board or his or her designee.

RGJ